# Exhibit 1

Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel:(213)620-7070 Fax:(213)620-1200
Attorneys for Debtor

FILED & ENTERED

JUL 07 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| | |
|---|---|
| *IN RE* | ) CASE #:2:09-bk-45649-BR |
| | ) |
| | ) **Chapter 7** |
| | ) |
| CHUNYI AN | ) **ORDER DENYING IN PART AND** |
| | ) **GRANTING IN PART DEBTOR'S** |
| | ) **MOTION FOR RECONSIDERATION OF** |
| | ) **ORDER DENYING DEBTOR'S MOTION** |
| | ) **TO CONVERT CHAPTER 7 TO** |
| | ) **CHAPTER 11 CASE UNDER U.S.C. 706;** |
| | ) **OR IN THE ALTERNATIVE TO DISMISS** |
| Debtor | ) **CHAPTER 7 CASE** |
| | ) |
| | ) **DATE: June 22, 2010** |
| | ) **Time: 10:00am** |
| | ) **Crtrm: 1668** |

TO THE CHAPTER 7 TRUSTEE, ROSENDO GONZALEZ, ALL INTERESTED PARTIES AND

THEIR ATTORNEYS OF RECORD:

   Debtor Chunyi An's Motion for reconsideration of order Denying Debtor's Motion to

Convert to Chapter 11 Case Under U.S.C. 706; or in the Alternative to Dismiss Chapter 7 came on for

hearing on June 22, 2010 at 10:00am in the above entitled court.

  **Appearances:**

Anthony O. Egbase Attorney appeared for Debtor, Chunyi An

Jane Kaplan Attorney appeared for Creditor Yuen Fan Tse Young

- 1 -

No other appearances were made.

    After considering the moving papers, papers in opposition, and the court file in this case

THE COURT ORDERS, DECREES, AND RULES AS FOLLOWS:

    1)   Debtor's Motion for reconsideration of order Denying Debtor's Motion to Convert Chapter 7 to

         Chapter 11 Case Under U.S.C. 706 is denied.

    2)   Debtor's motion to dismiss Chapter 7 case is granted without a bar to refilling another bankruptcy

         case.

###

DATED: July 7, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described _**ORDER DENYING IN PART AND GRANTING IN PART DEBTOR'S MOTION ON RECONSIDERATION OF ORDER DENYING DEBTOR'S MOTION TO CONVERT TO CHAPTER 11 CASE UNDER U.S.C. 706; OR IN THE ALTERNATIVE TO DISMISS CHAPTER 7 CASE_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"); the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _6/22/2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

– 3 –

| 6/22/10 | JOANNE SANCHEZ | /s/ Joanne Sanchez |
|---------|----------------|--------------------|
| Date | Type Name | Signature |

BAC Home Loans Servicing, LP
450 American Street, #SV4516
Simi Valley, CA 93065

Bank of America
PO Box 1390
Norfolk, VA 23501

Centro Eagle
Law Offices of Brad Sures
17042 Devonshire Street, Suite 216
Northridge, CA 91325

Edward Lee, Esq
3530 Wilshire Blvd
Los Angeles, CA 90020

Jayne T. Kaplan
1112 Fair Oaks Avenue
South Pasadena, CA 91030

Chapter 7 Trustee
Rosendo Gonzalez
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013

Los Angeles County Tax Collector
P.O. BOX 54018
Los Angeles, CA 90054

Nara Bank
2727 Olympic Blvd
Los Angeles, CA 90006

US Bank
555 SW Oak-Suite 200
Portland, OR 97204

Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038

Yuen Fan Tse Young
c/o Law Offices of Edwin Chaw
506 North Garfield Avenue, Ste 260
Alhambra, CA 91801

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled _____**ORDER DENYING IN PART AND GRANTING IN PART DEBTOR'S MOTION ON RECONSIDERATION OF ORDER DENYING DEBTOR'S MOTION TO CONVERT TO CHAPTER 11 CASE UNDER U.S.C. 706; OR IN THE ALTERNATIVE TO DISMISS CHAPTER 7 CASE_** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____6/22/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Jennifer Witherell Crastz   jcrastz@hemar-rousso.com
- Anthony Egbase   info@anthonyegbaselaw.com
- Vincent V Frounjian   vvf@pacbell.net
- Rosendo Gonzalez   rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
- Jayne T Kaplan   kaplanlawoffices@sbcglobal.net
- Leonard Pena   lpena@penalaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

1

2

3

4

5  BAC Home Loans Servicing, LP
   450 American Street, #SV4516
6  Simi Valley, CA 93065

7  Centro Eagle
   Law Offices of Brad Sures
8  17042 Devonshire Street, Suite 216
   Northridge, CA 91325

9  Edward Lee, Esq
   3530 Wilshire Blvd
10 Los Angeles, CA 90020

11 Los Angeles County Tax Collector
   P.O. BOX 54018
12 Los Angeles, CA 90054

13 Nara Bank
   2727 Olympic Blvd
   Los Angeles, CA 90006
14
   US Bank
15 555 SW Oak-Suite 200
   Portland, OR 97204
16
   Wells Fargo Business
17 PO Box 29482
   Phoenix, AZ 85038
18
   Yuen Fan Tse Young
   Owner Carry
19 c/o Law Offices of Edwin Chaw
   506 North Garfield Avenue, Ste 260
20 Alhambra, CA 91801

21

22

23

24

25

26

27

28

# Exhibit 2

Attorney or Professional Name, Address, Telephone, and FAX.

**Anthony O. Egbase**
**Law Offices Of Anthony O. Egbase & Associates.**
**350 South Figueroa Street, Suite 189**
**Los Angeles, CA 90071**
**(213) 620-7070 Fax: (213) 620-1200**
California State Bar Number: 181721

File with U.S. Trustee within 7 days of
filing the Chapter 11 petition.  Do not file
with the Bankruptcy court.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**CHUNYI  AN AND KWANG SOK AN**

Debtor

Case Number : **2:10-bk-38053-AA**

**7-DAY PACKAGE COVER SHEET**

You must attach each of the following documents or a satisfactory explanation for your failure to attach a document.  Failure to meet these requirements may result in the filing of a motion to dismiss or convert your case.

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS: |
|---|---|---|---|
| XX | | | 1.  Real Property Questionnaire (USTLA-5) for each parcel of real property. |
| XX | | | 2.  Bank Statements evidencing that all pre-petition bank accounts have been closed and a declaration re: closing of accounts; account#, bank, and $ amount at time of closing. |
| XX | | | 3.  Proof of Establishment of debtor in possession bank accounts: |
| | | N/A | A.  General Account |
| | | N/A | B.  Payroll Account |
| | | N/A | C.  Tax Account |
| | | | D.  Other necessary accounts (e.g. cash collateral) |
| XX | | | 4.  Proof of insurance coverage; (submit declaration pages) |
| XX | | | A.  General comprehensive public liability insurance. |
| XX | | | B.  Fire and theft insurance |
| | | N/A | C.  Workers compensation insurance |
| | | N/A | D.  Vehicle insurance |
| | | N/A | E.  Product liability insurance |
| | | XX | F.  Other customary insurance coverage |
| XX | | | 5.  Proof of required certificates and licenses |
| | | XX | 6.  List of insiders as defined in 11 U.S.C. § 101(31) |
| xx | | | 7.  Most recently prepared audited and unaudited financial statements |
| xx | | | 8.  Projected cash flow statement |
| | | N/A | 9.  Copies of trust agreements to which Debtor is a party or under which Debtor holds property. |
| | | will provide | 10.  Proof of recordation of Chapter 11 petition |
| | | xx | 11.  Physical inventory of goods, machinery, and equipment |
| XX | | | 12.  Statement of Major Issues and Timetable Report |
| XX | | | 13.  Most recently filed State and Federal Payroll Tax Returns, Federal Income Tax Returns, and State Sales Tax Returns, with all schedules and attachments (submit as separate package. |
| | | N/A | 14.  Employee Benefit Plan Questionnaire |

Dated:7/15/20

Attorney for Debtor in Possession or Trustee

# Exhibit 3

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br>Jennifer Witherell Crastz – SBN 185487<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Blvd., Twelfth Floor<br>Encino, CA  91436<br>Tel. (818) 501-3800; Fax (818) 501-2985<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>**CHUNYI AN,**<br><br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:09-bk-45649-BR<br><br>DATE:    May 4, 2010<br>TIME:    10:00 a.m.<br>CTRM:    1668<br>FLOOR:   16th |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT:  NARA BANK)

1. The Motion was:   ☒ Contested   ☐ Uncontested   ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address:*  **1522-1540 North Indiana Street**
    *Apartment/Suite No.:*
    *City, State, Zip Code:*  **Los Angeles, California 90063**

    Legal description or document recording number (including county of recording):  **APN No. 5224-009-008,**
    **Deed of Trust recorded in Los Angeles County on 10/16/2006, Document Recording No. 06-2289824**

    ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.  ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

**F 4001-10.RP**

F 4001-10.RP

| In re: **CHUNYI AN** | CHAPTER **7** |
|---|---|
| Debtor(s). | CASE NUMBER **2:09-bk-45649-BR** |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

   d. ☐ See attached continuation page for additional provisions.

Dated:

_____

HONORABLE BARRY RUSSELL
UNITED STATES BANKRUPTCY JUDGE

*December 2009*

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 3 of 5

| | |
|---|---|
| In re: **CHUNYI AN**<br><br>Debtor(s). | CHAPTER **7**<br><br>CASE NUMBER **2:09-bk-45649-BR** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 15910 Ventura Blvd., 12ᵗʰ Floor, Encino, CA  91436

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL** (indicate method for each person or entity served):
On May 5, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 5, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell, United States Bankruptcy Court, Courtroom 1668, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/05/2010 | MARY ANN GRANZOW | /s/ Mary Ann Granzow |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 5

| | |
|---|---|
| In re: **CHUNYI AN**<br><br>Debtor(s). | CHAPTER **7**<br><br>CASE NUMBER **2:09-bk-45649-BR** |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**Debtor**
Chunyi An
4518 Lasheart Drive
La Canada, CA 91011

**Debtor's Attorney**
Leonard Pena, Esq.
555 W. Fifth Street, 31st Floor
Los Angeles, CA 90013

**Chapter 7 Trustee**
Rosendo Gonzalez
Gonzalez & Associates
515 S. Figueroa Street, Ste. 1970
Los Angeles, CA 90071

**Office of the U.S. Trustee**
Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Attorneys for Second Lienholder, Yuen Fan Tse-Yeung**
Jayne T. Kaplan
1112 Fair Oaks Avenue
S. Pasadena, CA 91030

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-10.RP

| In re:  **CHUNYI AN** | | CHAPTER: 7 |
| | Debtor(s). | CASE NUMBER: 2:09-bk-45649-BR |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May ___, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorneys for Nara Bank – Jennifer Witherell Crastz - jcrastz@hemar-rousso.com
Chapter 7 Trustee – Rosendo Gonzalez – rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
Jayne T. Kaplan on behalf of creditor Yuen Tse-yeung – kaplanlawoffices@sbcglobal.net
Attorney for Debtor – Leonard Pena – lpena@penalaw.com
United States Trustee (LA) – ustpregion16.la.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

> **Debtor**
> Chunyi An
> 4518 Lasheart Drive
> La Canada, CA  91011

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

# F 4001-10.RP

# Exhibit 4

Nara Bank
80 - Wilshire

Station 8004    Teller 8004    Seq# 0216
05/10/2010                     02:41:07 PM

Commercial Loan Payment

Account #: ****************094

Amounts Received:
Cash In:              9,404.00
Checks In:            9,404.00
Total Received:      18,808.00

Grand Total:         18,808.00

All items credited subject to payment.

Thank you for banking at
Nara Bank Wilshire Office.

---

**ADVICE OF CHARGE/CREDIT**

NARA BANK

5/10/10

□ DEBIT / ☒ CREDIT

□ CHECKING
□ SAVINGS
☒ LOAN

□ Charged / □ Credited  Your

| BK. NO. | T/C | BR. NO | ACCOUNT NO. | TT |
|---|---|---|---|---|

DATA
1 2 3 4 5 6 7 8 9

20506094

| DESCRIPTION | AMOUNT |
|---|---|

CFC   9,404
For Apr. Pmy    Cash

LnCmlPmt  $18,808.00

TOTAL AMOUNT

05/10/2010 02:01:01 PM

008D 8004 8004 #216

PREPARED BY
ID - 00902

APPROVED BY _____  20506094

Override: 8050R
CONTRA

OUNT OF  Chun-Yi An

| PERSONAL REGULAR CHECK | | | SAEHAN BANK | 5/20/2010 12:54:33 PM |
| Printed by: SEON JOUNG YOON 0401 | | | | Reporting Institution: 29 |
| **Description** | **Debits** | **Credits** | **Date** | **Balance** |
|---|---|---|---|---|
| Check | $450.60 | | May 03, 2010 | ($281.66) |
| NSF FEE | $25.00 | | May 03, 2010 | ($306.66) |
| Deposit | | $600.00 | May 04, 2010 | $293.34 |
| RETURNED CHECK# 2788, NON SUFFICIENT FUNDS | | $450.60 | May 04, 2010 | $743.94 |
| Check #2792 | $1,820.00 | | May 04, 2010 | ($1,076.06) |
| NSF FEE | $20.00 | | May 04, 2010 | ($1,096.06) |
| Deposit | | $1,800.00 | May 05, 2010 | $703.94 |
| N.S.F FEE WAIVED | | $25.00 | May 05, 2010 | $728.94 |
| ANTHEM BLUECROSS BLUE CROSS XXXXX3178A62894 | $507.00 | | May 05, 2010 | $221.94 |
| Check #2730 | $2,000.00 | | May 05, 2010 | ($1,778.06) |
| NSF FEE | $20.00 | | May 05, 2010 | ($1,798.06) |
| Deposit | | $2,500.00 | May 06, 2010 | $701.94 |
| Check #2790 | $256.00 | | May 06, 2010 | $445.94 |
| Check #2788 | $450.60 | | May 06, 2010 | ($4.66) |
| NSF FEE | $40.00 | | May 06, 2010 | ($44.66) |
| Deposit | | $500.00 | May 07, 2010 | $455.34 |
| Check #2793 | $600.00 | | May 07, 2010 | ($144.66) |
| NSF FEE | $20.00 | | May 07, 2010 | ($164.66) |
| Deposit | | $500.00 | May 10, 2010 | $335.34 |
| Check #2795 | $30.00 | | May 10, 2010 | $305.34 |
| STOP PAYMENT FEE | $20.00 | | May 11, 2010 | $285.34 |
| MCI TELUSA ARC VERIZONTX 2794 | $53.11 | | May 11, 2010 | $232.23 |
| Deposit | | $2,250.00 | May 13, 2010 | $2,482.23 |
| Check #2735 | $1,000.00 | | May 13, 2010 | $1,482.23 |
| UNCOLLECTED FUNDS FEE | $20.00 | | May 13, 2010 | $1,462.23 |
| Check #2796 | $4,375.00 | | May 14, 2010 | ($2,912.77) |
| Service Charge | $14.50 | | May 14, 2010 | ($2,927.27) |
| OVERDRAFT INTEREST CHARGE | $7.62 | | May 14, 2010 | ($2,934.89) |
| ****Statement Produced**** | | | May 14, 2010 | ($2,934.89) |
| Deposit | | $4,485.61 | May 17, 2010 | $1,550.72 |
| Check #2798 | $30.03 | | May 17, 2010 | $1,520.69 |
| Check #2797 | $52.65 | | May 17, 2010 | $1,468.04 |
| Check #2799 | $330.39 | | May 17, 2010 | $1,137.65 |
| NSF FEE | $20.00 | | May 17, 2010 | $1,117.65 |
| Check #2800 | $3,180.76 | | May 18, 2010 | ($2,063.11) |
| NSF FEE | $20.00 | | May 18, 2010 | ($2,083.11) |
| Deposit | | $4,500.00 | May 19, 2010 | $2,416.89 |
| RETURNED ITEM | $2,000.00 | | May 19, 2010 | $416.89 |
| Check #2802 | $450.00 | | May 19, 2010 | ($33.11) |
| Check #2804 | $1,500.00 | | May 19, 2010 | ($1,533.11) |
| RETURNED ITEM FEE | $5.00 | | May 19, 2010 | ($1,538.11) |
| Balance This Statement: | | | May 19, 2010 | ($1,538.11) |

# Exhibit 5

**TIME escrow, inc.**

3053 Wilshire Blvd., Suite 1150
Los Angeles, CA 90010
(213) 380-8400 • Fax: (213) 380-8416

## SUPPLEMENTAL INSTRUCTIONS & GENERAL PROVISIONS

TO: Time Escrow, Inc.

Date: **January 8, 2010**
Escrow Officer: **JANE HONG**
Escrow Number: **5891-JH**

TIME ESCROW, INC., IS LICENSED BY THE CALIFORNIA DEPARTMENT OF CORPORATIONS, ESCROW LICENSE# 963-2098.

### Terms of Transaction

| | | |
|---|---|---|
| Buyer has deposited to escrow by Personal Check the sum of | $ | 22,800.00 |
| Buyer will deposit, prior to close of escrow, the sum of | $ | 367,200.00 |
| Buyer to obtain a New 1st Trust Deed loan in the amount of | $ | 390,000.00 |
| **To Complete the Total Consideration of** | $ | ~~780,000.00~~ 770,000 00 |

LEGAL DESCRIPTION: **Property in the County of Los Angeles, State of California, described as: Legal description shall be attached hereto as Exhibit "A" and made a part hereof.**

PROPERTY ADDRESS: **1522 N. INDIANA STREET, LOS ANGELES, CA**
(A.P.N.: 5224-009-008)

TITLE ON GRANT DEED SHALL BE CONVEYED TO:    **HRACH A. KOULADJIAN, (Vesting to be Determined prior to Close of Escrow)**

We, the undersigned, hand you a copy of **STANDARD OFFER, AGREEMENT AND ESCROW INSTRUCTIONS FOR PURCHASE OF REAL ESTATE** dated 01/07/2010 and COUNTER OFFER NO. 1 (collectively the "**AGREEMENT**"), by and between **CHUN YI AN** (herein after the "**Seller**") and **HRACH A. KOULADJIAN** (hereinafter the "**Buyer**"). Your duties and responsibilities are limited to the usual escrow duties and as described in the above referenced Purchase Agreement attached hereto.
SUBJECT TO:

(1) General and Special County and City (if any) Taxes for the current fiscal year, not due or delinquent, including any special levies, payments for which are included therein and collected therewith.
(2) Lien of Supplemental Taxes, if any, assessed pursuant to the provisions of Chapter 3.5 (commencing with Section 75) of the Revenue and Taxation Code of the State of California.
(3) Covenants, Conditions and Restrictions, reservations easements for public utilities, districts, water companies, alleys and streets, rights and rights of way of record, if any; also exceptions of oil, gas, minerals and hydrocarbons, and/or lease, if any, without the right of surface entry.
(4) New First Trust Deed, securing a Note in the amount of **$390,000.00**.

**DEPOSIT OF CLOSING FUNDS:** Pursuant to Federal Regulations and the California Insurance Code, all funds deposited for close of escrow by parties hereto **MUST** be in one of the following forms: 1)Cashier's Check, Teller Check or Certified Check for amounts under $100,000.00 (FUNDS MUST BE DEPOSITED TWO (2) BUSINESS DAYS PRIOR TO CLOSE OF ESCROW); **OR** 2) Direct electronic "wire" transfer into escrow trust account for amounts of $100,000.00 or more (please contact Escrow Holder for wiring instructions). Bank charges for wire transfers shall be paid by the party for whose benefit the wire transfer is made.

**FUNDING THE NEW LOAN:** If lender issues loan funds other than by wire transfer, they may not be immediately available for distribution. This may result in a delay in the close of escrow unless all parties hereto sign a written authorization for the title company instructing that this escrow be closed and disbursement of funds withheld until they become available. All parties herein release and hold harmless Escrow Holder and Title Company from any and all liability and/or responsibility as it relates to any additional interest, costs and/or penalties which may be incurred as a result of same.

Seller Initials: _____                     Buyer Initials: _____

Page 1

**ADDITIONAL TERMS, CONDITIONS AND INSTRUCTIONS:**

A **RESTATED ITEMS:** The following items are restated for clarification purposes only:

1. The Acceptance date of the Agreement is **January 7, 2010**.

2. Escrow holder is authorized and instructed to use the date of **January 8, 2010** as the opening date.

3. The closing of this transaction is contingent upon the satisfaction of the contingencies listed in the paragraph 9 of the standard offer, agreement and escrow instructions for purchase of real estate.

4. Escrow closing shall be on or before **45 Days** after the waiver or exiration of the Buyer's contingencies.

5. Time Escrow, Inc. is the Escrow holder. Seller and Buyer shall pay their respective escrow fees and cost.

6. Preliminary title report and title policies shall be issued by **STEWART TITLE COMPANY**, with liability of **780,000.00**.

**B) PRELIMINARY CHANGE OF OWNERSHIP REPORT:**
Prior to the close of escrow, Grantee shall cause to be handed to Escrow Holder a fully completed and executed "Preliminary Change of Ownership Report" pursuant to the requirements and in accordance with Section 480.3 of the Revenue and Taxation Code, State of California. If Grantee so chooses, Grantee may elect not to complete and execute said form prior to the close of escrow. In such an event, Grantee is aware that a $20.00 charge will be assessed by the County Recorder's Office and Escrow Holder will charge the account of the Grantee accordingly. Escrow Holder's sole duty shall be the delivery of said form to the County Recorder at the time of recordation of transfer documents.

**C) TAX WITHHOLDING:**
1) Under the Foreign Investment in Real Property Tax Act (FIRPTA), IRC Section 1445, every Buyer must, unless an exemption applies, deduct and withhold 10% of the gross sales price from Seller's proceeds and send it to the Internal Revenue Service, if the Seller is a "foreign person" under that statute. 2) In addition, under California Revenue and Taxation Code Section 18662, every Buyer must, unless an exemption applies, deduct and withhold 3 1/3% of the gross sales price from Seller's proceeds and send it to the Franchise Tax Board (FTB): If the subject property is not Seller's principal residence, or if the Seller is a corporation with no permanent place of business in California. 3) Penalties may be imposed on a responsible party for non-compliance with the requirements of these statutes and related regulations. Seller and Buyer agree to execute and deliver any instrument, affidavit, statement, or instruction reasonably necessary to carry out these requirements, and to withholding of tax under those statutes if required. (SELLER'S AFFIDAVIT OF NON-FOREIGN STATUS AND/OR CALIFORNIA RESIDENCY (C.A.R Form AS-14), OR BUYER'S AFFIDAVIT (C.A.R. Form AB-11), IF APPLICABLE, SHALL SATISFY THESE REQUIREMENTS.) 4) **PARTIES ARE ADVISED TO SEEK TAX AND LEGAL COUNSEL REGARDING THE APPLICABILITY AND EFFECT OF THESE TAX WITHHOLDING REQUIREMENTS WITH RESPECT TO THIS TRANSACTION.**

**D) STATE OF CALIFORNIA TAX WITHHOLDING LAWS:**
The parties acknowledge that, in accordance with California Revenue And Taxation code Sections 18662 and 18668, the parties have responsibilities for reporting and withholding monies which may be due the State of California for taxes on the sale of real property. Escrow holder will delay the closing of this transaction until all reporting and withholding requirements are met. Escrow may charge its usual fee for assisting the parties in their compliance with the laws.

**E) FACSIMILE SIGNATURES:**
In the event any party utilizes "Facsimile" transmitted signed instructions to Escrow Holder, you are to rely on same for all escrow instruction purposes and the closing of escrow as if they bore original signatures. Said party shall provide to Escrow Holder, **within 72 hours after transmission**, original signatures. **Notwithstanding the foregoing, any and all escrow instructions pertaining to the release or disbursement of funds from escrow prior to close of escrow requires original, NOTARIZED** signatures. Parties herein are advised that documents with non-original signatures may not be accepted for recording by the County Recorder, thus making impossible the closing of this escrow without the submission of original documents.

**F) SPECIAL RECORDING NOTICE:**
In the event the documents in this escrow are recorded as a "SPECIAL RECORDING," i.e. subsequent to 8:00 a.m., Buyer and Seller are aware and approve that funds may not or will not be available for disbursement for the payment of liens, proceeds or commissions until the following business day, and that no interest will be earned on such funds. **Escrow Holder, Broker(s) and their Agent(s) are hereby indemnified, held harmless and released from any and all liability and/or responsibility for recording the documents as a "SPECIAL RECORDING" and for any additional interest/penalties to be paid to lender(s) and/or other hardships** that may be suffered by any party as a result of said "SPECIAL RECORDING."

Continued on Page 3

Seller Initials: _____          Buyer Initials: _____

Date: January 8, 2010
Escrow No.: 3391610

**G) FUNDS HELD AT CLOSE OF ESCROW:**

Notwithstanding any other provisions in these escrow instructions and in addition to other fees and costs to which you may be entitled, the parties, jointly and severally, agree that if this escrow is not consummated within ninety (90) days of the date set for closing, you are instructed to, and without further instructions, withhold your escrow hold open fee of $50.00 per month from the funds on deposit with you regardless of who deposited such funds. The parties, jointly and severally, further agree that if you are, for any reason, required to hold funds after close of escrow, you are instructed to, and without further instructions, withhold an escrow fee of $50.00 per month from the funds on deposit with you regardless of who deposited such funds. The parties irrevocably instruct you to automatically cancel this file without further instructions when all funds on deposit have been disbursed.

**H) INSTRUCTIONS NOT TO SUPERSEDE:**

These Escrow Instructions do not intend to cancel or supersede any provision called for in the Real Estate Purchase Contract and Receipt and initialled paragraphs thereto, any addendum and counter offer(s), between the parties hereto, covering subject property. All time frames for inspections, approvals, disapproval, satisfactions, releases, and the like shall remain in full force and effect as set forth in the original Real Estate Purchase Contract and Receipt for deposit and counter offer(s), if any. Any items shown in said Real Estate Purchase Contract and Receipt for deposit, addendum/counter offers and initialled paragraphs that do not appear in these instructions shall be binding on all parties.

**I) AGENCY CONFIRMATION:** The following agency relationship(s) are hereby confirmed for this transaction:

Listing Agent: **COLDWELL BANKER GREATER VALLEYS** is the agent of the Seller.
Selling Agent: **COLDWELL BANKER COMMERCIAL NRT** is the agent of the Buyer.

THE FOLLOWING PRORATIONS AND/OR ADJUSTMENTS ARE TO BE MADE AS OF: **CLOSE OF ESCROW**
1. Real Property Taxes based on latest available tax bills.
2. Rent and/or Deposits based on a rent statement to be handed to Escrow Holder by Seller and approved by Buyer. Debit Seller and Credit Buyer with any security or key deposits as disclosed on statement.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**BY SETTING FORTH HIS/HER FULL AND COMPLETE SIGNATURE HEREINBELOW AND BY INITIALLING ALL OTHER PAGES, INCLUDING THE LAST FOUR PAGES ENTITLED "GENERAL PROVISIONS", AS INDICATED THEREON, ("EXECUTION") EACH PARTY TO THIS ESCROW ACKNOWLEDGES RECEIPT OF SAME AND AGREES THAT SUCH EXECUTION SHALL BE DEEMED HIS/HER FULL ACCEPTANCE AND APPROVAL OF, CONCURRENCE IN, AND AGREEMENT TO BE BOUND BY, ALL OF THE TERMS, PROVISIONS, CONDITIONS, CONTINGENCIES, INSTRUCTIONS AND AGREEMENTS CONTAINED HEREIN, IN THEIR ENTIRETY.**

**Buyer's signature(s):**

_____
HRACH A. KOULADJIAN

**Seller's signature(s):**

_____
CHUN YI AN

Continued on Page 4

Seller Initials: _____                     Buyer Initials: _____

NOTE:
THIS FORM IS NOT FOR USE IN CONNECTION WITH THE SALE OF RESIDENTIAL PROPERTY.
IF THE BUYER IS A CORPORATION, IT IS RECOMMENDED THAT THIS AGREEMENT BE SIGNED BY TWO CORPORATE
OFFICERS.

The undersigned Buyer offers and agrees to buy the Property on the terms and conditions stated and acknowledges receipt of a copy hereof.

| BROKER: | BUYER: |
|---|---|
| Coldwell Banker Commercial, NRT | Hrach Kouladjian |
| Attn: Peter Shahian | By: |
| Title: | Date: 1/7/2010 |
| Address: | Name Printed: |
| | Title: |
| Telephone:(818) 244-3363 | Telephone:(___) |
| Facsimile:(626) 441-2466 | Facsimile:(___) |
| Email:pshahian@sbian.com | |
| Federal ID No | By: |
| | Date: |
| | Name Printed: |
| | Title: |
| | Address: |
| | Telephone:(___) |
| | Facsimile:(___) |
| | Email: |
| | Federal ID No. |

**27. Acceptance.**

27.1  Seller accepts the foregoing offer to purchase the Property and hereby agrees to sell the Property to Buyer on the terms and conditions therein specified.

27.2  Seller acknowledges that Brokers have been retained to locate a Buyer and are the procuring cause of the purchase and sale of the Property set forth in this Agreement. In consideration of real estate brokerage services rendered by Brokers, Seller agrees to pay Brokers a real estate brokerage Fee in a sum equal to ___5___ % of the Purchase Price to be divided equally between Seller's Broker and Buyer's Broker. This Agreement shall serve as an irrevocable instruction to Escrow Holder to pay such Brokerage Fee to Brokers out of the proceeds accruing to the account of Seller at the Closing.

27.3  Seller acknowledges receipt of a copy hereof and authorizes Brokers to deliver a signed copy to Buyer.

NOTE: A PROPERTY INFORMATION SHEET IS REQUIRED TO BE DELIVERED TO BUYER BY SELLER UNDER THIS AGREEMENT.

| BROKER: | SELLER: |
|---|---|
| Coldwell Banker | |
| Attn: Peter Shahian | By: |

HK
INITIALS

**PAGE 10 OF 11**

INITIALS

©2003 · AIR COMMERCIAL REAL ESTATE ASSOCIATION                                    FORM OFA-7-8/07E

NOTE:
1. THIS FORM IS NOT DIRECTED TO THE SALE OF PERSONAL PROPERTY.
2. IF THE BUYER IS A CORPORATION, IT IS RECOMMENDED THAT THIS AGREEMENT BE SIGNED BY TWO CORPORATE OFFICERS.

The undersigned Buyer offers and agrees to buy the Property on the terms and conditions stated and acknowledges receipt of a copy hereof.

BROKER:                                          BUYER:

Coldwell Banker Commercial, NRT        Krach Kouladjian

Attn: Joseph Sheridan                  By: _____
Title:                                 Date: 1/7/2010
Address:                               Name Printed:
                                       Title:
Telephone:(626) 544-2261               Telephone:(   )
Facsimile:(626) 432-2233               Facsimile:(   )
Email:jsheridan@nrt.com
Federal ID No                          By:
                                       Date:
                                       Name Printed:
                                       Title:
                                       Address:
                                       Telephone:(   )
                                       Facsimile:(   )
                                       Email:
                                       Federal ID No.

27. Acceptance.
  27.1 Seller accepts the foregoing offer to purchase the Property and hereby agrees to sell the Property to Buyer on the terms and conditions therein specified.
  27.2 Seller acknowledges that Brokers have been retained to locate a Buyer and are the procuring cause of the purchase and sale of the Property set forth in this Agreement. In consideration of real estate brokerage services rendered by Brokers, Seller agrees to pay Brokers a real estate Brokerage Fee in a sum equal to ___5___ % of the Purchase Price to be divided equally between Seller's Broker and Buyer's Broker. This Agreement shall serve as an irrevocable instruction to Escrow Holder to pay such Brokerage Fee to Brokers out of the proceeds accruing to the account of Seller at the Closing.
  27.3 Seller acknowledges receipt of a copy hereof and authorizes Brokers to deliver a signed copy to Buyer.

NOTE: A PROPERTY INFORMATION SHEET IS REQUIRED TO BE DELIVERED TO BUYER BY SELLER UNDER THIS AGREEMENT.

BROKER:                                          SELLER:

Coldwell Banker                        By: _____

Attn: John M. Bℓℓ                      By:

HK                                     PAGE 10 OF 11
INITIALS                                                              INITIALS

©2003 - AIR COMMERCIAL REAL ESTATE ASSOCIATION                    FORM OFA-7-8/07E

JAN-06-2010 20:18 From:                    818 366 7484              To:16264400455              P.2/2

**CALIFORNIA
ASSOCIATION
OF REALTORS®**

**COUNTER OFFER No.** ___1___

For use by Seller or Buyer. May be used for Multiple Counter Offer.
(C.A.R. Form CO, Revised 10/04)

Date __1-6-2010__, at __Granada Hills__, California
This is a counter offer to the: ☐ California Residential Purchase Agreement, ☒ Counter Offer, or ☐ Other _____ ("Offer")
dated __Dec-31-2009__, on property known as __1522 N Indiana ST LA CA 90063__ ("Property")
between __Tony Koulayan__ ("Buyer") and __Chin An__ ("Seller").

1.  **TERMS:** The terms and conditions of the above referenced offer are accepted subject to the following:
    A.  **Paragraph in the Offer that require initials by all parties, but are not initialed by all parties, are excluded from the final agreement unless specifically referenced for inclusion in paragraph 1C of this or another Counter Offer.**
    B.  **Unless otherwise agreed in writing, down payment and loan amount(s) will be adjusted in the same proportion as in the original Offer.**
    C.  1. Escrow Holder Time Escrow
        2. Title To Be Stewart Title
        3. Coldwell Bank Commercial To Be 3.5% of purchase price
        4. Coldwell Bank Great Valley To Be 1.5% of purchase price
    D.  **The following attached supplements are incorporated into this Counter Offer:** ☐ Addendum No. _____

2.  **RIGHT TO ACCEPT OTHER OFFERS:** Seller has the right to continue to offer the Property for sale or for other transaction, and to accept any other offer at any time prior to notification of acceptance, as described in paragraph 3. If this is a Seller Counter Offer, Seller's acceptance of another offer prior to Buyer's acceptance and communication of notification of this Counter Offer, shall revoke this Counter Offer.

3.  **EXPIRATION:** This Counter Offer shall be deemed revoked and the deposits, if any, shall be returned unless this Counter Offer is signed by the Buyer or Seller to whom it is sent and a Copy of the signed Counter Offer is personally received by the person making this Counter Offer or by __GRACE HA__
    who is authorized to receive it, by 5:00PM on the third Day after this Counter Offer is made or, (if checked)
    by ☐ __1-8-2010__ (date), at __5:00__ ☒ AM/PM. This Counter Offer may be executed in counterparts.

4.  ☐ **(If checked:) MULTIPLE COUNTER OFFER:** Seller is making a Counter Offer(s) to another prospective buyer(s) on terms that may or may not be the same as in this Counter Offer. Acceptance of this Counter Offer by Buyer shall **not** be binding unless and until it is subsequently re-signed by Seller in paragraph 7 below and a Copy of the Counter Offer signed in paragraph 7 is personally received by Buyer or by _____, who is authorized to receive it, by 5:00 PM on the third Day After this Counter Offer is made or, (if checked) by ☐ _____ (date), at _____ AM/PM. Prior to the completion of all of these events, Buyer and Seller shall have no duties or obligations for the purchase or sale of the Property.

5.  **OFFER: BUYER OR SELLER MAKES THIS COUNTER OFFER ON THE TERMS ABOVE AND ACKNOWLEDGES RECEIPT OF A COPY.**
    _____ Date __1-6-2010__
    _____ Date _____

6.  **ACCEPTANCE: I/WE** accept the above Counter Offer (if checked ☒ SUBJECT TO THE ATTACHED COUNTER OFFER) and acknowledge receipt of a Copy.    AIR BNB OR OFFER Area
    _____ Date __1/7/10__ Time __11:30__ ☐ AM/PM
    _____ Date _____ Time _____ AM/PM

7.  **MULTIPLE COUNTER OFFER SIGNATURE LINE:** By signing below, Seller accepts this Multiple Counter Offer. NOTE TO SELLER: Do NOT sign in this box until after Buyer signs in paragraph 6. (Paragraph 7 applies only if paragraph 4 is checked.)
    _____ Date _____ Time _____ AM/PM
    _____ Date _____ Time _____ AM/PM

8.  (___/___) **(Initials) Confirmation of Acceptance:** A Copy of Signed Acceptance was personally received by the maker of the _____ Counter Offer, or that person's authorized agent as specified in paragraph 3 (or, if this is a Multiple Counter Offer, the Buyer or Buyer's authorized agent as specified in paragraph 4) on (date) _____ at _____ AM/PM. A binding Agreement is created when a Copy of Signed Acceptance is personally received by the the maker of the Counter Offer, or that person's authorized agent (or, if this is a Multiple Counter Offer, the Buyer or Buyer's authorized agent) whether or not confirmed in this document. Completion of this confirmation is not legally required in order to create a binding Agreement; it is solely intended to evidence the date that Confirmation of Acceptance has occurred.

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright © 1986-2004, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.



Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

The System for Success™

Reviewed by _____ Date _____

