JAYNE T. KAPLAN (State Bar No. 71415)
ATTORNEY AT LAW
1112 Fair Oaks Avenue
South Pasadena, California  91030
Telephone:  (626) 799-1122
Facsimile:  (626) 799-1123

Attorney for Creditor
Yuen Fan Tse-Yeung

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

Chunyi An and Steve Kwangsok An

Case No. 10-38053 BR

**ADDITIONAL OPPOSITION TO MOTION FOR USE OF CASH COLLATERAL AND PAYMENT OF UTILITY DEPOSIT**

Date: 8/3/10
Time: 2:00 pm
Dept: 1668

At the last hearing to authorize the use of cash collateral the Court afforded the Debtor the opportunity to proceed, but evinced concern over the use of rents during the previous chapter 7 case. The Debtor was ordered to produce bank account statements demonstrating the receipt and use of rents but has failed to do so. Due to this continuation of failure comply with Chapter 11 responsibilities, further use of cash collateral should be prohibited or a trustee appointed.

DATED: 8/30/10          LAW OFFICES OF JAYNE T. KAPLAN

1

OPPOSITION

1

2   /s/ Jayne T. Kaplan

3   /s/ Jayne T. Kaplan

4              By: _____

5   Jayne T. Kaplan
    Attorney for Creditor
6   Yuen Fan Tse-Yeung

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

OPPOSITION

DECLARATION OF JAYEN T. KAPLAN

I, Jayne T. Kaplan declare:

    1.   I am the attorney of record for Yuen Fan Tse Yeung ("Yeung") in the above-entitled case. I make this Declaration based on my personal knowledge and if called as a witness will testify to the facts herein. I further make this Declaration based on the business records of my office which are records kept in the ordinary course of my business to record events at or near the time of their occurrence.

    2   I have received no bank account statements from the Debtor demonstrating receipt or use of rents during the prior case.

    3.   A check for the benefit was my client was received.

I declare under penalty of perjury that the aforesaid is true and correct.

Executed this 30th day August 2010 at Los Angeles California.

/s/ Jayne T. Kaplan

_____

Jayne T. Kaplan

OPPOSITION

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1112 Fair Oaks Avenue, South Pasadena, CA 91030:

A true and correct copy of the foregoing document described as **ADDITIONAL OPPOSITION TO MOTION FOR USE OF CASH COLLATERAL AND PAYMENT OF UTILITY DEPOSIT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/30/10 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Anthony Egbase    info@anthonyegbaselaw.com
- Vincent V Frounjian    vvf@pacbell.net
- Jayne T Kaplan    kaplanlawoffices@sbcglobal.net
- Dare Law    dare.law@usdoj.gov
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**Manual Notice List**

**Manual Notice List**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/31/01 served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
225 East Temple
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/30/10 | Jayne T. Kaplan | /s/Jayne T. Kaplan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |